FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 MAY 17 AM 10: 13

CLERK *S. McCarthy*
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JONATHAN VASQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 106-041 |
| | ) | |
| WILKES COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, and Plaintiff's motions to proceed *in forma pauperis* (doc. nos. 2 & 4) are **DENIED** as **MOOT**.

SO ORDERED this 17th day of May, 2006, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE